**UNITED STATES of America,
Plaintiff-Appellee**

v.

**Edgar Ivan GALVAN, also known as
El Negro, Defendant-Appellant**

**No. 16-50212
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed February 8, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Edgar Ivan Galvan, Pro Se

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Edgar Ivan Galvan has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Galvan has filed a response. We have reviewed counsel's brief and the relevant parts of the record reflected therein, as well as Galvan's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

